JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 10-0644 -AG (ANx) | Date | June 28, 2010 |
|---|---|---|---|
| Title | Graciela Gonzalez v. World Savings Bank | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**     **[IN CHAMBERS] ORDER DISMISSING CASE AND DENYING MOTION TO DISMISS AS MOOT**

On June 8, 2010, this Court issued an order regarding pretrial matters ("June 8 Order"). The Court ordered Plaintiff, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The June 8 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(June 8 Order at 1-2.)

Plaintiff has not filed the declaration required by the June 8 Order. Accordingly, this case is DISMISSED without prejudice. Because this case is dismissed, Defendant's Motion to Dismiss currently scheduled to be heard on July 26, 2010 is DENIED as moot, and the

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0644 -AG (ANx) | Date | June 28, 2010 |
|----------|------------------------|------|---------------|
| Title | Graciela Gonzalez v. World Savings Bank | | |

hearing is VACATED.

|  | : | 0 |
|--|---|---|

Initials of
Preparer          lmb